**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No. 12-PO-00142-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  PAUL ARTHUR GILBERT,**

**Defendant.**

---

**MINUTE ORDER CHANGING TIME OF HEARING**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     **IT IS HEREBY ORDERED** that the hearing on further proceedings in this matter is re-scheduled to 4:30 p.m. on December 4, 2012 to accommodate the Court's schedule.  Counsel have no objection to the change in time.

     Defendant's bond is continued to that date and time.

**DATED: November 26, 2012.**

                             **BY THE COURT:**

                             **s/David L. West**
                             **United States Magistrate Judge**