# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

PAUL ARTHUR GILBERT

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER:  12-PO-00142-DLW

DAVID GREENBERG
(Defendant's Attorney)

**THE DEFENDANT:**  Plead guilty to counts I of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3, 36 CFR 4.23(a)(1) | Operating or Being in Actual Physical Control of a Motor Vehicle While Under the Influence of Alcohol | July 23, 2013 | I |

Count II is dismissed on the motion of the United States.

### MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | CVB | Fine |
|---|---|---|---|
| **Total:** | $10.00 | None | None |

05/30/13
Date of Imposition of Judgment

Signature of Judicial Officer

David L. West, United States Magistrate Judge
Name & Title of Judicial Officer

05/31/13
Date